No. 76–6718. French v. Blackburn. Affirmed on appeal from D. C. M. D. N. C. 

No. 78–449. Califano, Secretary of Health, Education, and Welfare v. Stevens et al. Affirmed on appeal from D. C. N. D. Ohio. *Califano* v. *Westcott, ante,* p. 76. 

No. 78–603. Califano, Secretary of Health, Education, and Welfare v. Browne et al. Appeal from D. C. E. D. Pa. Motion of appellee Mary Browne for leave to proceed *in forma pauperis* granted. Judgment affirmed. *Califano* v. *Westcott, ante,* p. 76.

No. 78–1614. School District of Pittsburgh v. Department of Education of Pennsylvania et al.; and

No. 78–1620. Pequea Valley School District v. Department of Education of Pennsylvania et al. Appeals from Sup. Ct. Pa. dismissed for want of substantial federal question. Mr. Justice Blackmun, Mr. Justice Powell, and Mr. Justice Stevens would note probable jurisdiction and set cases for oral argument. Reported below: 483 Pa. 539, 397 A. 2d 1154.

No. 78–5658. Willie v. Louisiana. Appeal from Sup. Ct. La. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.